# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HIGH QUALITY PRINTING INVENTIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>OVERNIGHTPRINTS, INC,<br><br>Defendant. | Case No.: 2:15-cv-02234-GMN-VCF<br><br>~~[PROPOSED]~~ ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING JPML ACTION |

Before the Court is Plaintiff High Quality Printing Inventions, LLC's ("Plaintiff") Unopposed Motion to Stay Proceedings Pending JPML Action (the "Motion"). The Court, having considered Plaintiff's Motion, any responses, and all appropriate materials on file, finds that Plaintiff's Motion is well-taken and should be GRANTED. Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. This action is stayed until the Judicial Panel on Multidistrict Litigation (the "Panel") has ruled on whether to consolidate and transfer the present action to a multidistrict litigation proceeding for pretrial purposes pursuant to 28 U.S.C. § 1407. If a deadline for a motion, pleading, or response to a motion falls during the period of the stay, the deadline for such motion, pleading, or response shall be 30 days from the lifting of the stay or from a determination on the Motion to Transfer and Consolidate for Pretrial by the Panel, whichever is

earlier.

2. Plaintiff is instructed to submit a status report to the Court upon determination of Plaintiff's Motion to Transfer and Consolidate for Pretrial by the Panel, setting forth the status of the MDL proceeding and any action taken by the Panel with regard to this action.

IT IS SO ORDERED.

Date: February 2, 2016

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate